# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 4295 | **DATE** | 3/14/2013 |
| **CASE TITLE** | *Swenson v. Salient, et al.* | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, the summary judgment papers filed to date [126, 135, 136, 137, 147, 150, 151] are stricken. The defendants shall re-file their motion for summary judgment papers no later than March 22, 2013. Plaintiff shall file his combined response/cross-motion, response to the defendants' statement of facts and his own additional statements of fact no later than April 12, 2013. The defendants shall file their response/reply brief and response to Plaintiff's additional facts no later than May 3, 2013. Plaintiff shall file his reply in support if his cross motion for summary judgment no later than May 24, 2013.

■[ For further details see text below.]                                                                 Docketing to mail notices.

## STATEMENT

Upon the Court's review of the docket, it appears that the defendants have not complied with Local Rule 56.2 by sending or filing a Notice to Pro Se Litigants Opposing Summary Judgment. Therefore, all summary judgment papers filed to date (except exhibits) are stricken.

The defendants shall re-file their motion for summary judgment papers, including the Local Rule 56.2 Notice to Pro Se Litigants, no later than March 22, 2013. Plaintiff shall file his combined response/cross-motion no later than April 12, 2013. Plaintiff is admonished that he is permitted to file one combined brief of no more than 15 pages in response to the defendants' summary judgment brief and in support of his own cross-motion for summary judgment. If Plaintiff desires more pages, he must notice a motion which identifies the number of additional pages over 15 desired and the reasons therefore. Any motion for additional pages must be filed and noticed well before the due date for the response/motion. In addition to the response/cross-motion, Plaintiff shall file his response to the defendants' Rule 56.1 statement of facts (*i.e.*, numbered paragraphs responding to each paragraph in the defendants' statement of facts with citations to the record for any statements of fact which Plaintiff does not admit or agree with) no later than April 12, 2013. Moreover, Plaintiff shall also file no later than April 12, 2013 a statement of facts, if necessary, not exceeding 80 paragraphs, which sets forth any additional facts that are not included in the defendants' statements of fact, and which Plaintiff is relying upon in his combined response/cross-motion for summary judgment with tabbed, indexed exhibits as needed. PLEASE NOTE that to the extent the parties are relying on the exhibits already filed to date, the exhibits need not be re-filed. The defendants shall then file their 15-page combined response to Plaintiff's cross-motion and reply in support of their own motion, as well as their response to Plaintiff's statements of additional facts, no later than May 3, 2013. Plaintiff shall then have 21 days thereafter, or until May 24, 2013, to file his reply in support of his cross-motion for summary judgment.

Any additional documents not called for by this order will be stricken. Finally, unless seeking additional pages, Plaintiff is directed NOT to include any notices of motion with his briefs as a briefing

**STATEMENT**

schedule has already been set and neither Plaintiff's response/cross-motion or reply need to be noticed for presentment before the court. Ruling on the cross-motions for summary judgment will be by mail.