



September 13, 2010

*By Electronic Mail to* ▮▮▮▮

Dear ▮▮▮:

    Per our conversations, we are making the following changes to your employment relationship with Salient:

- You have received or will receive stock options as evidenced by a separately-executed Stock Option Agreement.
- Your employment will no longer be "at will," but will instead be effective for a term commencing on September 14, 2010 and continuing through September 13, 2015 (the "Term"), and the following terms and conditions of employment will apply.
- The parties understand that you will perform job duties of Vice-President for ▮▮▮▮ as well as other work-related job duties required by your immediate supervisor.
- Your salary will be $▮▮▮ per year and you will receive the Salient standard benefits package based on your original start date with Salient (▮▮▮▮), as well as commissions per the Private Sector Commission Plan for Sales Representatives and Client Development Consultants in effect as of today, which is attached to this letter as Attachment. Notwithstanding the above, the terms of paragraph 12 of said attachment, do not apply to this agreement.
- Early termination of the employment relationship by either Salient or you will require ninety (90) days' notice, except that you may be dismissed without notice ("For-Cause Termination") for any of the following reasons:
  - You fail to perform faithfully, industriously, and to the best of your ability, experience, and talents, all of the duties that may be required by your job role;
  - Circumstances arise that, in the reasonable judgment of Salient, will prevent you from continuing to perform your job duties, including but not limited to death, disability, and the need for an extended leave of absence beyond what is prescribed by law;
  - You violate your obligations of confidentiality;
  - You commit a substantial violation of the policies indicated in Salient's handbook; or
  - You engage in some action that brings discredit to Salient.
- In the event of early termination by Salient other than For-Cause Termination, you will be paid severance equal to ▮▮▮▮ Dollars ($▮▮▮).
- In the event of early termination, neither party shall have any further obligations under this agreement at the expiration of the ninety- (90) day period, other than payment of severance as provided herein.
- In the event that Salient declares bankruptcy, is adjudicated bankrupt, or ceases doing business, the Term shall be deemed terminated as of such date and no severance pay shall be due to you.

    Note that all other conditions of your employment are remaining the same. If this is acceptable to you, please sign this letter in the space provided below and then return it to Guy Amisano, Jr. by e-mail at gajr@salient.com.

Best regards,

Guy Amisano, Sr.
President
Salient Corporation

ACKNOWLEDGED AND AGREED:

