| | | |
|---|---|---|
| | ) | |
| JACK C. SWENSON | ) | |
|     PLAINTIFF, | ) | Honorable Judge Ronald A. Guzman |
|     v. | ) | |
| | ) | Magistrate Judge Geraldine Brown |
| SALIENT CORPORATION, | ) | |
| D/B/A SALIENT MANAGEMENT COMPANY | ) | |
| GUY AMISANO SR. | ) | Case No.      11-cv-4295 |
| WILLIAM CARPENTER | ) | |
| CHRISTINE CAVANAUGH | ) | |
| UNKNOWN DEFENDANTS, ET AL. | ) | DEMAND FOR JURY |

### PLATIFF'S MOTION FOR LEAVE TO FILE HIS RESPONSE IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

PLAINTIFF JACK C. SWENSON files his motion for leave to file his response in support of Plaintiff's Cross-Motion for Summary Judgment, and states the following:

1.      The Plaintiff respectfully requests that the Court grant him a one business day extension of time to submit his Cross-Motion for Summary Judgment due to his wife's medical emergency. Plaintiff has left two messages today with Courtroom Deputy Gainer and Secretary Pandya requesting the Court's leave without success.

2.      On May 22, 2013, Plaintiff's wife underwent surgery at Advocate Good Shepherd Hospital in Lake Zurich, IL. Ex. A. Plaintiff's wife has suffered additional complications as a result of that surgery and is to undergo further re-examination for possible readmission today.

3.      Due to his wife's medical emergency, Plaintiff respectfully request the Court to grant him one additional business day to file his Response for Cross-Motion Summary Judgment on or before May 28, 2013, as he will not have access to the Court's CM/ECF system

Dated: May 24, 2013                 Respectfully submitted,

_____

Jack C. Swenson
Plaintiff

Jack C. Swenson
140 Weatherstone Road
Barrington, IL. 60010
t. 224-238-0045
e. jackswe@attglobal.net