# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:    11 CV 4295

Jack C. Swenson,
    Plaintiff,

vs.

Salient Management Company, et al.

    Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: APPEARANCE FOR SALIENT CORPORATION D/B/A SALIENT MANAGEMENT COMPANY, GUY AMISANO, SR., WILLIAM CARPENTER, AND CHRISTINE CAVANAUGH.

(In the space below, enter the name of the party or parties being represented)

| |
|---|
| NAME (Type or print) <br> Jeffrey E. Kehl |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/Jeffrey E. Kehl |
| FIRM <br> Bryce Downey & Lenkov LLC |
| STREET ADDRESS <br> 200 North LaSalle Street |
| CITY/STATE/ZIP <br> Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6202169 | TELEPHONE NUMBER <br> 312-377-1501 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") YES |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") YES |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL             APPOINTED COUNSEL <br> {00432980.RTF / } |