UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JACK C. SWENSON, | ) |
| | ) Honorable Judge Ronald A. Guzman |
| Plaintiff, | ) |
| | ) Magistrate Judge Geraldine Soat Brown |
| vs. | ) |
| | ) |
| SALIENT MANAGEMENT COMPANY | ) Case No. 11-cv-4295 |
| GUY AMISANO SR. | ) |
| WILLIAM CARPENTER | ) |
| CHRIS CAVANAUGH | ) **JURY DEMAND** |
| ET AL. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWL AND
SUBSTITUTION OF COUNSEL WITHIN SAME FIRM**

I, Jeffrey E. Kehl, filed my appearance on behalf of defendants, Salient Corporation d/b/a Salient Management Company, Guy Amisano, Sr., William Carpenter and Christine Cavanaugh. Storrs W. Downey will remain lead counsel in the case. Noah A. Frank withdraws his appearance on behalf of defendants, Salient Corporation d/b/a Salient Management Company, Guy Amisano, Sr., William Carpenter and Christine Cavanaugh.

                                      Respectfully submitted,

                                      /s/ Jeffrey E. Kehl
                                      One of the attorneys for Defendants, Salient Corporation d/b/a Salient Management Company, Guy Amisano, Sr., William Carpenter, and Christine Cavanaugh

Jeffrey E. Kehl
Storrs W. Downey
Bryce, Downey & Lenkov, LLC
200 North LaSalle Street
Suite 2700
Chicago, Illinois 60601
312.377.1501
312.377.1502 –
Email: sdowney@bdlfirm.com
Email: jkehl@bdlfirm.com

{00433039.DOCX / }